FILED
2022 Oct-05 PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT FILED

for the

Northern District of Alabama

2022 OCT -5 P 12: 15

U.S. DISTRICT COURT
N.D. OF ALABAMA

William Richardson )
_____ )
**Plaintiff** )
*(Write your full name. No more than one plaintiff may be named* )
*in a pro se complaint.)* )
)
-v- )
)
)
)
)
)
Alabama Department of Human Resources )
_____ )
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No. 5:22-CV-1278-HNJ

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | William Richardson |
| Street Address | 3702 Williamsburg Dr. |
| City and County | Huntsville   Madison |
| State and Zip Code | Alabama   35810 |
| Telephone Number | (256) 318-7448 |
| E-mail Address | billyr47@yahoo.com |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

9/19/22

**Date**

*William Richardson*

**Participant Signature**

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Alabama Dept. of Human Resources |
| Job or Title *(if known)* | |
| Street Address | 3030 Mobile Hwy. |
| City and County | Montgomery, Montgomery Co. |
| State and Zip Code | Alabama 36108 |
| Telephone Number | (334) 293-3100 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Tonita Phipps |
| Job or Title *(if known)* | Director / Retired |
| Street Address | 6301 Creighton Ave NW |
| City and County | Huntsville, Madison Co. |
| State and Zip Code | Alabam 35810 |
| Telephone Number | 334 293-3100 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Carylon Harris |
| Job or Title *(if known)* | Resource Service Supervisor/Retired |
| Street Address | 3030 Mobile Hwy. |
| City and County | Montgomery Alwd Montgomery Co. |
| State and Zip Code | Alabama 36108 |
| Telephone Number | 334 293-3100 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

    Name

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Madison County/ Limestone County DHR
2206 Oakwood AVE NW, 1007 West Market Street
Huntsville, Madison, Athens, Limestone
Alabama, 35810, Alabama 35612

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ 2016 code of Alabama Title 6 - Civil practice Chapter 6 section Article 11
Relevant state law *(specify, if known):*

☑ 2016 code of Alabama Title 6 - Civil practice  Aly. code 1975 § 13A-11-8(a)
☑ Relevant city or county law *(specify, if known):*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify):*  Harrassment, defermation of Character, Emotion dist

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

4/26/21 / 4/20/22

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☑️    race      African American

    ☐    color

    ☐    gender/sex

    ☐    religion

    ☐    national origin      United States

    ☐    age *(year of birth)*    1/21/54 *(only when asserting a claim of age discrimination.)*

    ☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Page Attached
Madison County DHR has blackballed me and
my Company from working. They have harressed me and
Slandered my name and it is very hard to continue.

> *(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

5/25/22

B.    The Equal Employment Opportunity Commission *(check one)*:

    ☐    has not issued a Notice of Right to Sue letter.

    ☑️    issued a Notice of Right to Sue letter, which I received on *(date)* _____.

> *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**Statement of page 5**

I (William Richardson) have been retaliated and discriminated against because of my race (African American), in violation of Title VII. I am the owner of a counseling business (Grateful Recovery) which can be confirmed via the Alabama Secretary of State website. I am alleging that my company was awarded a contract with Madison County DHR sometime in or around October, 2018. I am stating that this past April 2022; I was notified that I was not going to be able to provide services for Limestone County Al. DHR for I had previous unfounded incidents in Madison County Alabama.

Mostly everyone I dealt with at Madison County DHR location in Huntsville Al. is African American and I stated to the EEOC representative is that "Just because they are Black, doesn't mean they can't discriminate against another Black Person". I am claiming that DHR Madison County treated other White contractors better than they treated me and my company.

We are an independent contractor that has our own staff, and we took care of our own administrative matters, received pay from payments made to our company, provided all of our own equipment, and we could decide if we wanted to take a particular job assignment. I was ridiculed and embarrassed on many occasions and have emails, letters and witnesses to prove that all allegations against me and my company were false and unfounded.

I was going to drop the suit under the pretence that Madison County DHR was going to reinstate me and my company which I also have proof, and this (the reinstatement) never happened. I have been blackballed by Madison County DHR and have been unable to find work because of these accusations which sent me into a major depression. Madison County DHR has gone as far as trying to get their employee's to call me and try to lure me into doing jobs without authorization which I have witnesses.

The people named in the suit have embarrassed me in front of a congregation of Madison County DHR workers and have lied to me on many occasions that can be proven.

There are so many unfounded accusations that they all can't be stated on this page and I will bring documentation on all slanderous charges and documents which references these false accusations and proof that they never happened.

I am submitting this law suit and will submit many more documents at trial which will prove all allegations and slanderous behavior on the part of the Department of Human Resources, Madison County DHR, Limestone County DHR and the individuals who are named in this suit are liable.

**Statement of page 5**

I (William Richardson) have been retaliated and discriminated against because of my race (African American), in violation of Title VII. I am the owner of a counseling business (Grateful Recovery) which can be confirmed via the Alabama Secretary of State website. I am alleging that my company was awarded a contract with Madison County DHR sometime in or around October, 2018. I am stating that this past April 2022; I was notified that I was not going to be able to provide services for Limestone County Al. DHR for I had previous unfounded incidents in Madison County Alabama.

Mostly everyone I dealt with at Madison County DHR location in Huntsville Al. is African American and I stated to the EEOC representative is that "Just because they are Black, doesn't mean they can't discriminate against another Black Person". I am claiming that DHR Madison County treated other White contractors better than they treated me and my company.

We are an independent contractor that has our own staff, and we took care of our own administrative matters, received pay from payments made to our company, provided all of our own equipment, and we could decide if we wanted to take a particular job assignment. I was ridiculed and embarrassed on many occasions and have emails, letters and witnesses to prove that all allegations against me and my company were false and unfounded.

I was going to drop the suit under the pretence that Madison County DHR was going to reinstate me and my company which I also have proof, and this (the reinstatement) never happened. I have been blackballed by Madison County DHR and have been unable to find work because of these accusations which sent me into a major depression. Madison County DHR has gone as far as trying to get their employee's to call me and try to lure me into doing jobs without authorization which I have witnesses.

The people named in the suit have embarrassed me in front of a congregation of Madison County DHR workers and have lied to me on many occasions that can be proven.

There are so many unfounded accusations that they all can't be stated on this page and I will bring documentation on all slanderous charges and documents which references these false accusations and proof that they never happened.

I am submitting this law suit and will submit many more documents at trial which will prove all allegations and slanderous behavior on the part of the Department of Human Resources, Madison County DHR, Limestone County DHR and the individuals who are named in this suit are liable.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Discrimination: $1,200,000.00 was constantly singled out and this did not happen to white providers. Harrassment $200,000.00 DHR was constantly accusing me of misconduct, and stating I was being investigated for actions that never happend, all allegations were unfoonded. Defamation of character $200,000, the administration spread negative false rumors about me and my business throughout the entire Madison Count DHR and other counties (being black balled) Emotional Distress $200,000 I will be providing documentation that my condition mentally is a result of third part failings and will be verified by a medical professional. Puntive Damage $2,000,000 We would also like to be reinstated.

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/19/22

Signature of Plaintiff      William Richardson

Printed Name of Plaintiff   William Richardson

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.       For Attorneys**

Date of signing: _____

Signature of Attorney

Printed Name of Attorney          _____

Bar Number                        _____

Name of Law Firm                  _____

Street Address                    _____

State and Zip Code                _____

Telephone Number                  _____

E-mail Address                    _____

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Birmingham District Office**
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/08/2022

**To:** Mr. William Richardson III
3702 Williamsburg Drive Northwest
Huntsville, AL 35810

Charge No: 420-2022-01982

EEOC Representative and email:    RICHARD MUSGRAVE
Federal Investigator
richard.musgrave@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2022-01982.

On behalf of the Commission,

**MICHAEL COCHRAN** Digitally signed by MICHAEL COCHRAN
Date: 2022.07.08 12:36:12 -05'00'

*for*    Bradley A. Anderson
District Director

**Cc:**
Jonathan Schlenker
Jonathan.schlenker@dhr.alabama.gov

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 420-2022-01982 to the District Director at Bradley Anderson, 1130 22nd Street South Suite 2000

Birmingham, AL 35205.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:
https://www.eeoc.gov/eeoc/foia/index.cfm.